Opinion issued July 29, 2010.

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00331-CV

———————————

JEFFREY
JON JACKSON, Appellant

V.

SHAE ALLISON HARWELL, Appellee



 



 

On Appeal from the 245th District Court 

Harris County, Texas



Trial Court Case No. 2009-58633 

 



MEMORANDUM OPINION

Appellant has filed an unopposed motion to dismiss
the appeal.    No opinion has issued.  Accordingly, we grant the motion and we dismiss the appeal.  Tex. R. App. P. 42.1(a)(1).

We overrule all other pending motions as moot.  We direct the Clerk to issue mandate within
10 days of the date of this opinion.  Tex. R. App. P. 18.1.

PER CURIAM

Panel
consists of Chief Justice Radack and Justices Bland and Sharp.